IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

YULIYAN DONCHEV,

    Petitioner,

v.                                                          No. 12-cv-0756 MV/SMV

ADRIAN P. MACIAS, RAY TERRY,
JOHN MORTON, and ERIC H. HOLDER,

    Respondents.

## ORDER DENYING ADMISSION PRO HAC VICE AND EXTENSION OF TIME

    THIS MATTER is before the Court on the Application for Admission Pro Hac Vice and Request for Additional Time to Designate Local Counsel [Doc. 3] ("Motion"), filed on July 12, 2012, by Petitioner's counsel, Nicolette Glazer. Ms. Glazer is not licensed to practice in this district court or in the State of New Mexico. She has not associated with local counsel and requests 30 days in which to do so. The Court, being fully advised in the premises, will DENY the Motion for failure to comply with D.N.M.LR-Civ. 83.3.

    **IT IS THEREFORE ORDERED** that Application for Admission Pro Hac Vice and Request for Additional Time to Designate Local Counsel [Doc. 3] is **DENIED**.

    **IT IS FURTHER ORDERED** that Ms. Glazer is prohibited from filing any further motions in this Court until she has complied with D.N.M.LR-Civ. 83.3. Ms. Glazer is directed to D.N.M.LR-Civ. 83.3(a)(1) regarding the requirement that local counsel sign the first pleading.

    **IT IS SO ORDERED.**

                                                                            _____
                                                                            **STEPHAN M. VIDMAR**
                                                                            **United States Magistrate Judge**