IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

YULIYAN DONCHEV,

      Petitioner,

v.                                            No. 12-cv-0756 MV/SMV

ADRIAN P. MACIAS, RAY TERRY,
JOHN MORTON, and ERIC H. HOLDER,

      Respondents.

## ORDER

THIS MATTER is before the Court on the Entry of Appearance as Local Counsel Pursuant to DNMLR [sic] 83.3 [Doc. 7], filed by Attorney Olsi Vrapi, on August 1, 2012. Mr. Vrapi is licensed in New Mexico and is attempting to serve as local counsel for Petitioner in this matter. Mr. Vrapi and proposed California counsel, Ms. Glazer, shall comply with *all* of the requirements of D.N.M.LR-Civ. 83.3, including that Mr. Vrapi sign the initial pleading. **Counsel are cautioned that compliance with all federal and local rules is mandatory.**

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Petitioner amend his Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus [Doc. 1] to include the signature of local counsel, pursuant to D.N.M.LR-Civ. 83.3, within ten days.

**IT IS SO ORDERED.**

_____

      **STEPHAN M. VIDMAR**
      **United States Magistrate Judge**