IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

YULIYAN DONCHEV,

    Petitioner,

v.                                           No. 12-cv-0756 MV/SMV

ADRIAN P. MACIAS, RAY TERRY,
JOHN MORTON, and ERIC H. HOLDER,

    Respondents.

## ORDER GRANTING EXTENSION OF TIME TO ANSWER

THIS MATER is before the Court on the United States' unopposed Motion for Extension of Time in Which to File an Answer [Doc. 11], filed on August 27, 2012. The government requests an extension until September 14, 2012, to answer the Petition. The Court, being fully advised in the premises, FINDS that the motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the United States' unopposed Motion for Extension of Time in Which to File an Answer [Doc. 11] is **GRANTED**, and Respondents shall file their Answer no later than **September 14, 2012**.

**IT IS SO ORDERED.**

                                                **STEPHAN M. VIDMAR**
                                                **United States Magistrate Judge**