IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

YULIYAN DONCHEV,

    Petitioner,

  v.                                                        No. 12-cv-0756 MV/SMV

ADRIAN P. MACIAS, Field Office
Director, et al., in their official
capacities,

    Respondents.

## ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE ANSWER

THIS MATTER comes before the Court upon the Respondents' Second Motion for Extension of Time in Which to File an Answer [Doc. 13].  The Court, having reviewed the Motion, and being otherwise fully advised in the premises, FINDS the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Second Motion for Extension of Time in Which to File an Answer [Doc. 13] is hereby **GRANTED**, and the period of time in which to file an Answer Brief is hereby extended until September 21, 2012.

**IT IS FURTHER ORDERED** that a subsequent extension of time in which to file an answer will not be granted absent a showing of good cause.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**