IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

YULIYAN DONCHEV,

    Petitioner,

 v.                                                            No. 12-cv-0756 MV/SMV

ADRIAN P. MACIAS, Field Office
Director, et al., in their official
capacities,

    Respondents.

## ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE A REPLY

    THIS MATTER is before the Court on Petitioner's Motion for Extension of Time to File a Reply [Doc. 18] ("Motion"), filed Oct. 4, 2012.  Petitioner's Reply to Respondents' Answer to Amended Petition for a Writ of Habeas Corpus . . . [Doc. 15] is currently due by October 9, 2012. Petitioner seeks to have until October 12, 2012, to file a Reply.  The Court, being informed that Respondents do not oppose the Motion, and being otherwise fully informed in the premises, FINDS that the Motion is well-taken and should be granted.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Petitioner's Motion [Doc. 18] be and the same hereby is **GRANTED**.  The period in which Petitioner may file a Reply is extended until **October 12, 2012**.

    **IT IS SO ORDERED**.

                                                                                             _____
                                                                              **STEPHAN M. VIDMAR**
                                                                              **United States Magistrate Judge**